**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 96-1029**

———————————

ARTHUR L. BOWMAN,

                              Plaintiff - Appellant,

       versus

MARVIN T. RUNYON, JR., Postmaster General,
United States Postal Service Agency, Washing-
ton, DC,

                              Defendant - Appellee.

———————————

Appeal from the United States District Court for the District of
South Carolina, at Greenville.  Henry M. Herlong, Jr., District
Judge.  (CA-94-3265-6-20AK)

———————————

Submitted:  August 15, 1996        Decided:  August 20, 1996

———————————

Before MURNAGHAN and ERVIN, Circuit Judges, and BUTZNER, Senior
Circuit Judge.

———————————

Dismissed by unpublished per curiam opinion.

———————————

Arthur L. Bowman, Appellant Pro Se.  Janet E. Smith, UNITED STATES
POSTAL SERVICE, Washington, D.C.; Lee Ellis Berlinsky, OFFICE OF
THE UNITED STATES ATTORNEY, Greenville, South Carolina, for
Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant noted this appeal outside the sixty-day appeal period established by Fed. R. App. P. 4(a)(1), failed to obtain an extension of the appeal period within the additional thirty-day period provided by Fed. R. App. P. 4(a)(5), and is not entitled to relief under Fed. R. App. P. 4(a)(6). The time periods established by Fed. R. App. P. 4 are "mandatory and jurisdictional." Browder v. Director, Dep't of Corrections, 434 U.S. 257, 264 (1978) (quoting United States v. Robinson, 361 U.S. 220, 229 (1960)). The district court entered its order on October 25, 1995; Appellant's notice of appeal was filed on January 2, 1996. Appellant's failure to note a timely appeal or obtain an extension of the appeal period deprives this court of jurisdiction to consider this case. We therefore dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2